UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAIFENG WANG,

    Plaintiff,

v.

TODD LYONS, et al.,

    Defendants.

Case No. 25-cv-10760-RS

**ORDER DENYING MOTION FOR TEMPROARY RESTRAINING ORDER**

The petition for a temporary restraining order is denied on this record without prejudice. Petitioner has failed to show that he is being detained. Therefore, the petition appears to be premature.

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge